IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| DEVON AXELL BUSTILLOS PEREZ, §§§§ | |
| Petitioner, § | |
| v. § | CAUSE NO. EP-25-CV-564-KC |
| § | |
| KRISTI NOEM et al., §§§ | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. Bustillos Perez challenges the legality of his detention in immigration custody, arguing that his detention has become unconstitutionally prolonged. Pet. 9–12, ECF No. 1. On November 20, 2025, the Court ordered Respondents to show cause why Bustillos Perez's Petition should not be granted. Nov. 20, 2025, Order, ECF No. 3. Respondents filed their Response, ECF No. 5, arguing that Bustillos Perez has not met his burden under *Zadvydas* because he has not shown his removal is "unlikely in the reasonably foreseeable future." Resp. 6–8. Particularly, Respondents note the efforts taken to effectuate Bustillos Perez's removal, and state that Bustillos Perez is awaiting a credible fear screening as to Mexico. Resp. Ex. A ("Vasquez Decl.") ¶ 21, ECF No. 5-1. Respondents assert that if his screening results in a negative determination, Bustillos Perez "can be removed to Mexico through the Arizona/Mexico port of entry," making his imminent removal likely. *Id.* ¶ 22.

With these considerations in mind, the Court **ORDERS** that Respondents shall **FILE** a notice stating the outcome of Bustillos Perez's credible fear screening, **within seven days of a determination**.

**IT IS FURTHER ORDERED** that if the credible fear screening process has not been completed **by January 30, 2026**, Respondents shall **FILE** a notice on that date explaining:

(1) When Bustillos Perez's credible fear determination will be made, and

(2) Whether any additional efforts to remove Bustillos Perez have been taken, and the status of said efforts.

**SO ORDERED**.

**SIGNED this 5th day of December, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE